UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN RICHARDS,

        Plaintiff,

    v.

SAFEWAY INC.,

        Defendant.

Case No.  13-cv-04317-JD   (JCS)

**DISCOVERY ORDER**

Re: Dkt. No. 33

For the reasons stated on the record at the hearing held on May 9, 2014, the Court orders as follows: (1) as to document requests 1, 3, 8, 9, 14, 15, and 16, if parties do not settle this case at the mediation scheduled for June 12, 2014, then, within one week of the mediation, Defendant Safeway Inc. ("Safeway") shall state in writing that it has produced all the documents that are responsive to these requests, or it shall state in writing which categories of documents it is not producing and which categories of documents it has produced; (2) as to document requests 12 and 13, by May 19, 2014, Safeway must produce all drafts of the labels and packaging or state in writing that no drafts exist; (3) as to the economic issues, the compromise proposed in the last paragraph of the joint letter is adopted, and Safeway shall produce for the mediation a chart showing the name of each Safeway branded frozen waffle product, Safeway's everyday price for each product, the leavening agent used, and an average selling price during the same period as Safeway's sales of the product-at-issue. *See* Dkt. No. 33 at 6.

**IT IS SO ORDERED.**

Dated: May 13, 2014

JOSEPH C. SPERO
United States Magistrate Judge