Monty M. Agarwal (SBN 191568)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  +1 415.471.3100
Facsimile:  +1 415.471.3400

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN RICHARDS, individually and behalf of himself and all other similarly situated, <br><br>                      Plaintiff, <br><br>      vs. <br><br> SAFEWAY INC., <br><br>                      Defendant. | Case No.: 13-cv-04317-JD <br><br> **CLASS ACTION** <br><br> **DEFENDANT SAFEWAY INC'S ADMINISTRATIVE MOTION TO EXTEND TIME TO COMPLETE ADR BY TEN DAYS** |

34742500.1

ADMINISTRATIVE MOTION TO EXTEND TIME TO COMPLETE ADR BY TEN DAYS
13-cv-04317

Pursuant to Local Civil Rule 7-11, Defendant Safeway, Inc. ("Safeway") moves for administrative relief from the current Court-ordered time to complete ADR.  Specifically, Defendant requests that time set be extended by 10 days from June 2, 2014 to June 12, 2014.

Counsel for Safeway attempted to confer with counsel for Plaintiff regarding this motion and the relief requested by sending a copy of this motion to counsel for Plaintiff on May 21, 2014 and asking if Plaintiff would oppose this motion.  Counsel for Plaintiff did not respond to the request.  Plaintiff, however, has agreed to conduct the mediation on June 12, 2014.

Plaintiff filed this putative class action on September 18, 2013.  The case was initially assigned to Hon. William H. Orrick, who held an initial case management conference on January 21, 2014.  As a result of the conference, the Court referred the case to ADR, which is to be completed by June 2, 2014. (Dkt. #22).   After the January 21, 2014 conference, the parties conferred with the Court's ADR unit and selected a mediator.  A mediation was set to commence on the morning of May 29, 2014.

In mid-April, 2014, lead counsel for Safeway learned that he was required for a hearing in another matter that would conflict with the set mediation time.  The conflicting hearing date could not be moved.  Counsel for Safeway attempted to secure another person to conduct the mediation on Safeway's behalf and, alternatively, to move the mediation to the afternoon of May 29, 2014. These efforts were not successful.  Accordingly, after notifying counsel for Plaintiff, the parties and the mediator worked to reset the mediation date to June 12, 2014 -- the first available date that worked for principals, counsel, and the mediator.

For the foregoing reason, Safeway respectfully requests an order extending the time to complete ADR from June 2, 2014 to June 12, 2014.  All parties have already agreed to conduct a mediation on June 12, 2014.

ADMINISTRATIVE MOTION TO EXTEND TIME TO COMPLETE ADR BY TEN DAYS
13-cv-04317

Dated:  May 23, 2014                    ARNOLD & PORTER LLP


                                        By:   /s/ Monty Agarwal
                                        _____
                                              Monty M. Agarwal
                                              Attorneys for Defendant
                                              SAFEWAY INC.

ADMINISTRATIVE MOTION TO EXTEND TIME TO COMPLETE ADR BY TEN DAYS
13-cv-04317