# ATTACHMENT A



**Multi-Grain Waffles
(Front Label View)**



**Multi-Grain Waffles
(Back Label View)**



**Multi-Grain Waffles**
**(Right Side Label View)**



**Multi-Grain Waffles**
**(Left Side Label View)**



**Home Style Waffles**
**(Front Label View)**



**Multi-Grain Waffles**
**(Back Label View)**



**Multi-Grain Waffles**
**(Right Side Label View)**



**Multi-Grain Waffles**
**(Left Side Label View)**

# ATTACHMENT B



*See* http://www.safeway.com/ShopStores/Open-Nature-Frozen



*See* http://www.safeway.com/ShopStores/Open-Nature-Products.page



*See* http://www.safeway.com/ShopStores/Well-and-Good-Home.page

# ATTACHMENT C



## Corporate Profile

**Ticker Symbol: SWY** (NYSE)
Industry: Food Retailing
Number of stores: 1,412 in the U.S.
Number of manufacturing plants: 32
Number of employees: ~171,000 - 80% unionized

### 2012 Statistics

| | |
|---|---|
| Sales and other revenue | $44.2B |
| Sales and other revenue, x-fuel | $39.2B |
| Gross profit margin | 26.51% |
| Operating profit margin | 2.50% |
| Net income attributable to Safeway Inc. | $596.5M |
| Earnings per diluted share from cont. ops | $2.27 |
| Adjusted earnings per diluted share from cont. ops** | $2.15 |

### Financial Statistics (as of 6/14/13)

| | |
|---|---|
| Total debt | $5.7B |
| Market capitalization ($24.16/share) | $5.7B |
| Shares outstanding | 239.5M |
| Quarterly dividend | $0.20 |

### Percentage of Stores with Specialty Departments and Fuel Stations

| | 2012 | 2000 |
|---|---|---|
| Deli | 99% | 95% |
| Floral | 98% | 90% |
| Bakery | 95% | 94% |
| Seafood | 81% | 47% |
| Pharmacy | 79% | 69% |
| Starbucks | 71% | 0% |
| Fuel stations | 25% | 0% |

### Manufacturing and Processing Facilities

| | U.S. | Canada |
|---|---|---|
| Milk plants | 6 | 3 |
| Bakery plants | 6 | 2 |
| Ice cream plants | 2 | 2 |
| Cheese and meat packaging plants | - | 1 |
| Soft drink bottling plants | 4 | - |
| Fruit and vegetable processing plants | 1 | 3 |
| Cake commissary | 1 | - |
| Sandwich commissary | - | 1 |
| Total | 20 | 12 |

### For More Information

See our Annual Report, Fact Book and Corporate Social Responsibility Report at www.safeway.com

### Contact

Christiane Pelz
Safeway Inc.
Vice President, Investor Relations
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229
925-467-3832
investor.relations@safeway.com

Safeway Inc. is one of the largest food and drug retailers in North America. As of June 15, 2013, the company operated 1,412 stores in the Western, Southwestern, Rocky Mountain, and Mid-Atlantic regions of the United States and 223 in Western Canada. In June 2013, Safeway announced the sale of its Canadian operations for C$5.8 billion.

Safeway holds a 49% interest in Casa Ley, S.A. de C.V., a food and general merchandise retailer with 195 stores in western Mexico. Safeway also owns 73% of Blackhawk Network Holdings Inc., (NASDAQ: HAWK) its gift and prepaid card subsidiary, which completed its IPO in April 2013.



| | |
|---|---|
| Denver | 136 |
| Dominick's | 72 |
| Eastern | 126 |
| NorCal (incl. HI) | 266 |
| Northwest | 312 |
| Phoenix | 115 |
| Randalls | 109 |
| Vons (SoCal) | 276 |
| Canada | 223 |
| Total | 1,635 |
| Canada | -223 |
| Total SWY U.S. | 1,412 |

### Financial Highlights*

Sales and Other Revenue ($B): 2010: $41.1, 2011: $43.6, 2012: $44.2 (52 wks each)

Operating Profit ($M): 2010: $1,159.4, 2011: $1,134.6, 2012: $1,104.1

Diluted EPS ($) From Continuing Ops.: 2010: $1.55, 2011***: $1.78, 2012**: $2.15

*2013 guidance of $1.02 - $1.12 diluted eps based on continuing operations (U.S.) only.
**2012 diluted eps from continuing operations has been adjusted to exclude a gain from legal settlements.
***2011 diluted eps from continuing operations has been adjusted to exclude tax charge on the Canadian dividend.
See reconciliations on the back of this page.

### Investment Thesis

**Successfully differentiating our offering through:**

- New and remodeled Lifestyle stores (89% of stores at end Q213)
- High-quality Perishables and innovative Private Brands
- Digital marketing platform just for U drives loyalty and sales
- Fuel Reward programs and Health and Wellness-focused initiatives
- Attractive everyday values in addition to Club Card specials

**Spending capital effectively:**

- Investment in previous years allows less capital expenditure for several years

**Producing strong free cash flow and returning cash to shareholders:**

- Dividends: Paid $164M in 2012; increased quarterly dividend by 21% on 5/15/12 to $0.20 per share
- Share Repurchases: $1.3B in 2012 and $1.6B in 2011; ~$0.8B authorized remaining at end Q213

**Leveraging strong balance sheet:**

- Investment grade ratings; steady commercial paper access in U.S.
- Long-term debt maturities well spread out

**Creating and developing new growth engines:**

- Blackhawk: The largest third party gift and prepaid card provider in North America; continues to grow at a solid pace, up 11% in load value in Q213

      




## Our Lifestyle Stores

Safeway's operating strategy is to provide outstanding value to our customers by offering a unique shopping experience in our Lifestyle stores with a wide selection of high quality products at low, attractive everyday pricing, Club Card specials and personalized savings, high-quality perishables, proprietary private label brands, health and wellness offerings and unparalleled service. We emphasize high quality meat and produce, in-store bakeries, deli and food service areas and outstanding floral and pharmacy departments.

## Consumer Brands

Safeway is taking a brand management approach to building high quality proprietary Consumer Brands with significant innovation and new product development work.

















## Executive Management

| | |
|---|---|
| Robert L. Edwards | President and Chief Executive Officer |
| Peter J. Bocian | Executive Vice President and Chief Financial Officer |
| Diane M. Dietz | Executive Vice President and Chief Marketing Officer |
| Kelly Griffith | Executive Vice President, Retail Operations |
| Larree M. Renda | Executive Vice President |

**Reconciliations table**

| | Fiscal Year | |
|---|---|---|
| | 2012 | 2011 |
| Diluted earnings per share from continuing operations, as reported | $2.27 | $1.49 |
| Gain from legal settlements | (0.12) | — |
| Tax charge on Canadian dividend | — | 0.29 |
| Diluted earnings per share from continuing operations, as adjusted | $2.15 | $1.78 |