UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN RICHARDS,

    Plaintiff,

    v.

SAFEWAY INC.,

    Defendant.

Case No. 13-cv-04317-JD

**ORDER VACATING HEARING**

Re: Dkt. No. 49

Pursuant to Civil Local Rule 7-1(b), the Court finds that defendant Safeway Inc.'s Motion to Dismiss, which has been noticed for hearing on August 27, 2014, is appropriate for decision without oral argument. Accordingly, the hearing date is hereby vacated. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
JAMES DONATO
United States District Judge