UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RICHARDS,<br><br>             Plaintiff,<br><br>      v.<br><br>SAFEWAY INC.,<br><br>             Defendant. | Case No. 13-cv-04317-JD<br><br>**ORDER RE MOTION TO DISMISS ORDER**<br><br>Re: Dkt. No. 60 |

The Court hereby withdraws the portion of its prior order on Safeway's motion to dismiss that relates to plaintiff's injunctive relief claim. *See* Dkt. No. 60 at 5 (Section III).

A revised written order will be issued.

**IT IS SO ORDERED**.

Dated: October 24, 2014

_____
JAMES DONATO
United States District Judge